IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

RAZA SIKANDAR,
    Petitioner,

v.                                                                        Civil No. 3:24cv91 (DJN)

20TH JUDICIAL DISTRICT, *et al.*,
    Respondents.

**MEMORANDUM OPINION**

Petitioner, a state inmate proceeding pro se, submitted a petition for a writ of habeas corpus. By Memorandum Order entered on April 5, 2024, the Court informed Petitioner that in the United States District Court for the Eastern District of Virginia, all *pro se* petitions for writs of habeas corpora must be filed on a set of standardized forms. (ECF No. 11); *see* E.D. Va. Loc. Civ. R. 83.4(A). The Court mailed Petitioner the standardized form for filing a § 2254 petition and directed him to complete and return the form to the Court within thirty (30) days of the date of entry hereof. The Court warned Petitioner that the failure to complete and return the form in a timely manner would result in dismissal of the action. *See* Fed. R. Civ. P. 41(b).

More than thirty (30) days have elapsed since the entry of the April 5, 2024 Memorandum Order, and Petitioner has not responded. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE. An appropriate Final Order will accompany this Memorandum Opinion.

Let the Clerk file a copy of the Memorandum Opinion electronically and send a copy to Petitioner.

                                                                                 /s/
                                                          David J. Novak
                                                         United States District Judge

Richmond, Virginia
Dated: May 20, 2024